UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEMITRIO DELGADO,

        Plaintiff,

vs.                        Case No.   2:05-cv-147-FtM-33SPC

PRISON HEALTH SERVICES, INC.;
COLLIER COUNTY,

        Defendants.
_____

## ORDER

This matter comes before the Court on Stipulation for Voluntary Dismissal without Prejudice (Doc. #13) filed on July 14, 2005. The parties stipulate to voluntary dismissal without prejudice in this matter.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:** that this case is **DISMISSED** without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). The Clerk is directed to enter judgment accordingly and close the file. The Clerk is further directed to terminate all previously scheduled deadlines and pending motions.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 19th day of July, 2005.

                                              VIRGINIA M. HERNANDEZ COVINGTON
                                              UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record